

G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@pricelawgroup.com

Attorneys for Plaintiff
Ronald & Patrice McCaughan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

RONALD MCCAUGHAN and
PATRICE MCCAUGHAN,

        Plaintiffs,

   vs.

DYNAMIC RECOVERY
SOLUTIONS, LLC; and DOES 1 to
10, inclusive,

        Defendants.

Case No.: CV12-09304 P (AJWx)

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**(Unlawful Debt Collection Practices)**

**Demand Does Not Exceed $10,000**

## COMPLAINT AND DEMAND FOR JURY TRIAL

## INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiffs Ronald

McCaughan  and Patrice McCaughan, individual consumers, against defendant

DYNAMIC RECOVERY SOLUTIONS, LLC ("Defendant"), for violations of the

law, including but not limited to violations of the Fair Debt Collection Practices

Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA") and the Rosenthal Fair Debt

Collection Practices Act, Cal. Civ. Code §§ 1788 *et seq.* (hereinafter "RFDCPA") which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

## JURISDICTION

2.  Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), Cal. Civ. Code §§ 1788.30, and 28 U.S.C. § 1331 and § 1337.  Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

3.  Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

## PARTIES

4.  Plaintiffs, Ronald McCaughan and Patrice McCaughan, are natural persons with a permanent residence in Lancaster, Los Angeles County, California 89014.

5.  Upon information and belief the Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC., is a limited liability company engaged in the business of collecting debt in this state and in several other states, with its principal place of business located at 135 interstate blvd., Ste 6, Greenville, SC 29615. The purpose of Defendant is the collection of debts in this state and several other states, and Defendant regularly attempts to collect debts alleged to be due another.

6.  Defendant is engaged in the collection of debts from consumers using the mail and telephone.  Defendant regularly attempts to collect consumer debts alleged to

1  be due to another.  Defendant is a "debt collector" as defined by the FDCPA, 15

2  U.S.C. § 1692a(6).

3
4  7.  Defendants Does 1-10 whose identities are not known at this time, but whose

5  identities will be obtained in discovery.  Such Does may include persons or

6  business entities. It is believed that said Does had a substantial involvement in the

7
8  occurrences that are the subject of this complaint. Such Does benefited from the

9  acts complained of and had a substantial role in causing the acts complained of.

10                          **FACTUAL ALLEGATIONS**

11
12  8.  The debt that Defendant is attempting to collect on is an alleged obligation of a

13  consumer to pay money arising out of a transaction in which the money, property,

14
15  insurance or services which are the subject of the transaction are primarily for

16  personal, family, or household purposes, whether or not such obligation has been

17  reduced to judgment.

18
19  9.  On August 6, 2012, Plaintiffs filed a Chapter 7 Petition with the bankruptcy

20  Court, bearing Case No. 2:12-bk-36831-RK.  A copy of the Debtors' 341(a) Notice

21  of Chapter 7 Bankruptcy Case is attached as Exhibit "1".

22
23  10.  The alleged debt that Defendant is collecting on was listed in the Bankruptcy,

24  and the original creditor was duly notified of the bankruptcy filing.

25
26  11. On or about October 23, 2012, Defendant, through one of its agents, called

27  Plaintiff in an attempt to collect on the debt that was listed in the Petition.  The

28

phone call came from 888-402-0790.  Defendant left a message on Plaintiff's cellular phone, and identified herself as Ms. Holmes.

12.  In a follow up conversation with Defendant's agent by the name of Amber, Plaintiffs notified Defendant that they had filed a Chapter 7 and provided Amber with their bankruptcy attorney's contact information.

13.  Nonetheless, Defendant's agent proceeded to question Plaintiffs about their checking accounts and attempted to collect on the alleged debt.  Defendant implied that the bankruptcy had no impact on the collection efforts, and that Defendant could proceed to garnish Plaintiffs' wages, despite the filing.

14.  Defendant, in connection with the collection of the alleged debt, threatened to take legal action against Plaintiff.

15.  Defendant has no standing to commence legal proceedings on behalf of the creditor.

16.  The representations made to Plaintiffs by Defendant regarding legal proceedings were false.

17.  The representations made to Plaintiffs by Defendant regarding garnishment were false.

18.  The natural consequence of Defendant's statements and actions was to unjustly condemn and vilify Plaintiffs for their non-payment of the debt they allegedly owe.

19.  The natural consequence of Defendant's statements and actions was to produce an unpleasant and/or hostile situation between Defendant and Plaintiffs.

20.  As a result, Plaintiffs have suffered actual damages as a result of these actions in the form of anger, frustration, upset, humiliation, embarrassment, amongst other negative emotions.

## FIRST CAUSE OF ACTION – VIOLATION OF FDCPA

21.  Plaintiffs repeat and re-allege and incorporate by reference to the foregoing paragraphs.

22.  Defendants violated the FDCPA.  Defendants' violations include, but are not limited to, the following:

(a)  Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person in connection with the collection of an alleged debt; and

(b)  Defendant violated *§1692e* of the FDCPA by using a false, deceptive, or misleading representation or means in connection with the collection of the alleged debt; and

(c)  Defendant violated *§1692e(4)* of the FDCPA by giving the false representation or implication that nonpayment of the alleged debt will result in the garnishment of wages of any person when such action is unlawful and the Defendant does not intend to take such action; and

(d) Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that the Defendant does not intend to take and/or the Defendant cannot legally take; and

(e) Defendant violated *§1692e(10)* of the FDCPA by using false representation or deceptive means in connection with the collection of the alleged debt; and

(f) Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in a communication subsequent to the initial communication that was not a formal pleading that the communication was from a debt collector; and

(g) Defendant violated *§1692f* of the FDCPA by using unfair or unconscionable means in connection with the collection of an alleged debt; and

23. As a result of the foregoing violations of the FDCPA, Defendant is liable to the Plaintiffs, Ronald McCaughan and Patrice McCaughan, for declaratory judgment that Defendant's conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney fees.

## SECOND CAUSE OF ACTION – VIOLATION OF FDCPA

24. Plaintiffs repeat and re-allege and incorporate by reference to the foregoing paragraphs.

COMPLAINT AND DEMAND FOR JURY TRIAL

25. Defendants violated the RFDCPA. Defendants' violations include, but are not limited to, the following:

(a) Defendant violated *§1788.10(e)* of the RFDCPA by threatening Plaintiffs with wage garnishment when in fact such action was not contemplated by Defendant and such action was against the law as Plaintiffs are currently in a bankruptcy; and

(b) Defendant violated *§1788.17* of the RFDCPA by being a debt collector collecting or attempting to collect a consumer debt that is not compliant with the provisions of Sections 1692b to 1692j of the FDCPA, the references to federal codes in this section referring to those codes as they read as of January 1, 2001.

26. As a result of the foregoing violations of the RFDCPA, Defendant is liable to Plaintiffs for actual damages, statutory damages, and costs and attorney fees.

**WHEREFORE,** Plaintiffs Ronald McCaughan and Patrice McCaughan respectfully request that judgment be entered against Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC, for the following:

A. Declaratory judgment that Defendant's conduct violated the FDCPA and RFDCPA.

B. Actual damages from each Defendant pursuant to 15 U.S.C. § 1692k(a)(1).

C. Statutory damages pursuant to 15 U.S.C. § 1692k.

D. Statutory damages pursuant to Cal. Civ. Code § 1788.30.

E. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k and
   Cal. Civ. Code § 1788.30.

F. Awarding Plaintiffs any pre-judgment and post-judgment interest as may
   be allowed under the law.

G. For such other and further relief as the Court may deem just and proper.

DATED:  October 26, 2012                     RESPECTFULLY SUBMITTED,
                                             **PRICE LAW GROUP, APC**


                                             By: _____
                                                 G. Thomas Martin, III
                                                 Attorney for Plaintiffs



## DEMAND FOR JURY TRIAL

Please take notice that Plaintiffs Ronald McCaughan and Patrice
McCaughan demand trial by jury.

Exhibit "1"

Case 2:12-bk-36831-RK   Doc 8   Filed 08/09/12   Entered 08/09/12 22:06:33   Desc
Imaged Certificate of Notice   Page 1 of 5
United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 12-36831-RK
Ronald Eugene McCaughan                                                   Chapter 7
Patrice Ruth McCaughan
          Debtors

                              **CERTIFICATE OF NOTICE**

District/off: 0973-2          User: mdrakeC          Page 1 of 3          Date Rcvd: Aug 07, 2012
                             Form ID: b9a            Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2012.
db/jdb      +Ronald Eugene McCaughan,   Patrice Ruth McCaughan,  POB 9311,   Lancaster, CA 93539-9311
smg          Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
32401095    +CBE Group,   3362 University Avenue,   Post Office Box 2635,   Waterloo, IA 50704-2635
32401101    +CU Recovery Experts,   PO Box 60755,   Irvine, CA 92602-6025
32401106    +CU Recovery Experts,   3102 Maple Avenue,   Dallas, TX 75201-1220
32401097    +Check Into Cash,   44431 Valley Central Way,   Lancaster, CA 93536-6529
32401098    +Check n Go,   2044 West Avenue K,   Lancaster, CA 93536-5216
32401100    +Citi Bank USA, NA,   Post Office Box 15298,   Wilmington, DE 19850-5298
32401103     Credit Bureau of Lancaster & Palmda,   P.O. Box 2067,   Lancaster, CA 93539-2067
32401104    +Credit Bureau of Lancaster/Palmdale,   1014 Lancaster Blvd.,   Lancaster, CA 93534-2308
32401107    +Direct TV,   P.O. Box 78628,   Phoenix, AZ 85062-8628
32401109    +Donna Rubio,   544 Greenbrier Townhouse Way,   Las Vegas, NV 89121-2459
32401110    ++EMCC INC,   5401 N PIMA RD,   STE 150,   SCOTTSDALE AZ 85250-2630
             (address filed with court: EMCC, Inc.,   33 Riverside Drive,   Pembroke, MA 02359)
32401117    +Golden 1 Credit Union,   PO BOX 15966,   Sacramento, CA 95852-0966
32401121    +Kathleen McCaughan,   5141 La Roda Avenue,   Los Angeles, CA 90041-1322
32401122     Law Offices of Curtis O. Barnes, PC,   390 West Cerritos Avenue,   Post Office Box 1390,
             Anaheim, CA 92815-1390
32401124     Premier America Credit Union,   P.O. Box 2177,   Chatsworth, CA 91313-2177
32401126    +Shedrick O Davis III,   JPMorgan Chase Legal Dept.,   300 S Grand Avenue - 4th Floor,
             Los Angeles, CA 90071-3109
32401128    +Superior Asset Management,   5720 Peachtree Pkwy,   Norcross, GA 30092-2813
32401129    +Superior Court of CA-Lancaster,   Case No.: 08C01240,   Michael Antonovich Antelope Valley,
             42011 4th St West,   Lancaster, CA 93534-7185
32401130    +Superior Court of CA-Lancaster,   Case No.: 10C02777,   Michael Antonovich Antelope Valley,
             42011 4th St West,   Lancaster, CA 93534-7185
32401132    +Toyota Financial Services,   PO Box 78234,   Phoenix, AZ 85062-8234
32401133    +Valencia Water Company,   24631 Avenue Rockefeller,   Valencia, CA 91355-3926
32401134    +Wells Fargo Bank,   PO Box 54780,   Los Angeles, CA 90054-0780
32401135    +Wescom Credit Union,   1055 Wilshire Blvd.,   Los Angeles, CA 90017-2431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: rabin@pricelawgroup.com Aug 08 2012 02:37:15   Rabin J Pournazarian,
             15760 Ventura Blvd Ste 1100,   Encino, CA  91436
tr          +EDI: QAHSIEGEL.COM Aug 08 2012 02:38:00   Alfred H Siegel (TR),
             Siegel, Gottlieb, Mangel & Levine,   15233 Ventura Blvd., 9th Floor,
             Sherman Oaks, CA 91403-2250
smg          EDI: EDD.COM Aug 08 2012 02:38:00   Employment Development Dept.,   Bankruptcy Group MIC 92E,
             P.O. Box 826880,   Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Aug 08 2012 02:38:00   Franchise Tax Board,   Bankruptcy Section MS: A-340,
             P.O. Box 2952,   Sacramento, CA  95812-2952
32401090    +EDI: AFNIRECOVERY.COM Aug 08 2012 02:38:00   AFNI,   PO BOX 3427,   Bloomington, IL 61702-3427
32401092     EDI: CITICORP.COM Aug 08 2012 02:38:00   AT&T,   PO Box 44167,   Jacksonville, FL 32231-4167
32401089    +Fax: 864-336-7400 Aug 08 2012 04:04:32   Advance America,   1721 East Avenue J,
             Lancaster, CA 93535-3410
32401091    +EDI: BECKLEE.COM Aug 08 2012 02:38:00   American Express,   Attn: Bankruptcy Department,
             16 General Warren Boulevard,   Malvern, PA 19355-1245
32401093    +EDI: BANKAMER2.COM Aug 08 2012 02:38:00   Bank of America,   Legal Department,
             1100 North King Street,   Wilmington, DE 19884-0011
32401094     EDI: CAPITALONE.COM Aug 08 2012 02:38:00   Capital One Bank,   PO Box 60024,
             City of Industry, CA 91716-0024
32401096     EDI: CHASE.COM Aug 08 2012 02:38:00   Chase Bank USA, N.A.,   PO Box 15145,
             Wilmington, DE 19850-5145
32401098    +EDI: CHECKNGO.COM Aug 08 2012 02:38:00   Check n Go,   2044 West Avenue K,
             Lancaster, CA 93536-5216
32401099    +EDI: RMSC.COM Aug 08 2012 02:38:00   Chevron,   P.O. Box 530950,   Atlanta, GA 30353-0950
32401101    +EDI: CITICORP.COM Aug 08 2012 02:38:00   Citibank,   100 Citibank Drive,
             San Antonio, TX 78245-3202
32401105    +E-mail/Text: Bk@c2cfai.com Aug 08 2012 03:05:35   Coast to Coast Financial,
             101 Hodencamp Rd Ste #120,   Thousand Oaks, CA 91360-5831
32401108     EDI: DISCOVER.COM Aug 08 2012 02:38:00   Discover Bank,   DFS Services LLC,   PO Box 3025,
             New Albany, OH 43054-3025
32401111    +E-mail/Text: bknotice@erccollections.com Aug 08 2012 03:06:27   Enhanced Recover Corporation,
             8014 Bayberry Road.,   Jacksonville, FL 32256-7412
32401112     E-mail/Text: collections@firstcitycu.org Aug 08 2012 02:44:51   First City Credit Union,
             PO Box 86008,   Los Angeles, CA 90086-0008
32401113     EDI: AMINFOFP.COM Aug 08 2012 02:38:00   First Premier Bank,   Collection Department,
             900 West Delaware,P.O.Box 5519,   Sioux Falls, SD 57117-5519
32401114     EDI: CALTAX.COM Aug 08 2012 02:38:00   Franchise Tax Board,   Attn: Bankruptcy,   P O Box 2952,
             Sacramento, CA 95812-2952
32401115    +EDI: RMSC.COM Aug 08 2012 02:38:00   GEMB/Chevron,   P.O. Box 981432,   El Paso, TX 79998-1432
32401116    +EDI: RMSC.COM Aug 08 2012 02:38:00   GEMB/JC Penny,   P. O. Box 981400,
             El Paso, TX 79998-1400

Case 2:12-bk-36831-RK   Doc 8   Filed 08/09/12   Entered 08/09/12 22:06:33   Desc
Imaged Certificate of Notice   Page 2 of 5

District/off: 0973-2          User: mdrakeC          Page 2 of 3          Date Rcvd: Aug 07, 2012
                             Form ID: b9a             Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
32401118    +EDI: HFC.COM Aug 08 2012 02:38:00      HFC Nevada,   Po Box 3425,   Buffalo, NY 14240-3425
32401119     EDI: HFC.COM Aug 08 2012 02:38:00      HSBC Bank,   Attn: Bankruptcy Dept,   PO BOX 5213,
             Carol Stream, IL 60197-5213
32401120     EDI: IRS.COM Aug 08 2012 02:38:00      Internal Revenue Service,
             Centralized Insolvency Operations,   PO Box 7346,   Philadelphia, PA 19101-7346
32401123    +EDI: MID8.COM Aug 08 2012 02:38:00     Midland Credit Management,   8875 Aero Drive, Suite 200,
             San Diego, CA 92123-2255
32401127     EDI: NEXTEL.COM Aug 08 2012 02:38:00    Sprint,   Post Office Box 79357,
             City of Industry, CA 91716-9125
32401125     EDI: SEARS.COM Aug 08 2012 02:38:00     Sears,   Attn: Bankruptcy Department,   PO Box 20363,
             Kansas City, MO 64195-0363
32401131     EDI: AISTMBL.COM Aug 08 2012 02:38:00    T-Mobile,   Bankruptcy Dept,   Post Office Box 53410,
             Bellevue, WA 98015-3410
                                                                                      TOTAL: 29

           ***** BYPASSED RECIPIENTS *****                                            TOTAL: 0
NONE.

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 09, 2012                    Signature:   _Joseph Speetjens_

District/off: 0973-2          User: mdrakeC          Page 3 of 3          Date Rcvd: Aug 07, 2012
                             Form ID: b9a            Total Noticed: 53

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2012 at the address(es) listed below:
      Alfred H Siegel (TR)    al.siegel@crowehorwath.com,
      asiegel@ecf.epigsystems.com;bita.kamran@crowehorwath.com;lisa.irving@crowehorwath.com
      Rabin J Pournazarian    on behalf of Debtor Ronald McCaughan rabin@pricelawgroup.com,
      enotice@pricelawgroup.com
      United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                       TOTAL: 3

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)

| UNITED STATES BANKRUPTCY COURT | Central District Of California |
|---|---|

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on August 6, 2012.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.**

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>Ronald Eugene McCaughan<br>POB 9311<br>Lancaster, CA 93539 | Patrice Ruth McCaughan<br>POB 9311<br>Lancaster, CA 93539 | Case Number:<br>**2:12−bk−36831−RK** |
|---|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor:<br>Joint Debtor: aka Patrice Ruth Petersen | Last four digits of Social Security or Individual Taxpayer−ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx−xx−7939<br>JDbt SSN: xxx−xx−6126 | |
| Attorney for Debtor(s) (name and address):<br>Rabin J Pournazarian<br>15760 Ventura Blvd Ste 1100<br>Encino, CA 91436<br>Telephone number:  818−995−4540 | Bankruptcy Trustee (name and address):<br>Alfred H Siegel (TR)<br>Siegel, Gottlieb, Mangel & Levine<br>15233 Ventura Blvd., 9th Floor<br>Sherman Oaks, CA 91403−2201<br>Telephone number:  (818) 325−8441 | |

## Meeting of Creditors

Date:  **September 4, 2012**              Time:  **08:00 AM**
Location:  **725 S Figueroa St., Room 101, Los Angeles, CA 90017**

## Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

## Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: November 5, 2012**
**Deadline to Object to Exemptions:**  Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

## Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>255 East Temple Street,<br>Los Angeles, CA 90012<br>Telephone number: 213−894−3118 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open:  9:00 AM − 4:00 PM | Date:  August 7, 2012 |
| (Form rev. 12/11:341−B9A) | / |

**EXPLANATIONS**      B9A (Official Form 9A)(12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert that the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir del 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 725 S. Figueroa Street, 26th Floor, Los Angeles, CA 90017. |

— Refer to Other Side for Important Deadlines and Notices —

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

## CV12- 9304 R (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

G. Thomas Martin, III (SBN 218456)
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030
F: (818) 907-2122

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MCCAUGHAN and PATRICE MCCAUGHAN,<br><br>PLAINTIFF(S)<br><br>v.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC.; and DOES 1 to 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-09304 R (AJWx)<br><br><br>SUMMONS |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _G. Thomas Martin, III (SBN 218456)_, whose address is _15760 Ventura Boulevard, Suite 1100; Encino, California 91436_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___OCT 3 0 2012___

By: _____
JULIE PRADO
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
RONALD MCCAUGHAN and PATRICE MCCAUGHAN,

LOS ANGELES COUNTY

**DEFENDANTS**
DYNAMIC RECOVERY SOLUTIONS, LLC.; and DOES 1 to 10, inclusive,

Greenville County, South Carolina

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
G. Thomas Martin, III (SBN 218456)
PRICE LAW GROUP, APC
15760 Ventura Blvd., #1100, Encino, CA 91436; T: (818) 907-2030

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)
☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No  ☑ MONEY DEMANDED IN COMPLAINT: $ According to Proof (<$10,000)

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC 1692; UNLAWFUL DEBT COLLECTION PRACTICES

**VII. NATURE OF SUIT** (Place an X in one box only.)

OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☑ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

TORTS PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury- Med Malpractice
☐ 365 Personal Injury- Product Liability
☐ 368 Asbestos Personal Injury Product Liability

IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

TORTS PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Acco- mmodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

FORFEITURE/ PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

CV12-09304

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Greenville County, South Carolina |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 10/26/2012

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |